IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04 cr 88

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| JIMMY DAVID CLEMONS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned on July 15, 2016 upon oral motion of the Government to dismiss allegations one, two and four of the Petition (#41) filed in this matter alleging that Defendant had violated terms and conditions of his supervised release. It appears to the Court that Defendant went to trial on the charges referenced in allegations one, two and four and he was found not guilty of those charges and as a result, good cause has been shown for the granting of the motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the oral motion to dismiss allegations one, two and four of the Petition (#41) is hereby **ALLOWED** and those allegations are **DISMISSED.**

Signed: July 29, 2016

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge